Schimpf v. Schimpf

10

12

*Julian W. Bernard,* for plaintiff.

KNIGHT, P. J., April 14, 1950.—And now, to wit, eo die, it is ordered that the report in the within-captioned matter be remanded to the master in order that service may be made by deputizing the Sheriff of Clearfield County to make service upon defendant, or such other sheriff in any county within this Commonwealth be deputized to make such service as indicated

by the Pennsylvania Rule of Civil Procedure 1124, and all proceedings to stay pending compliance with this order.